**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **MANOMAY, LLC,** | Bankruptcy No. 19-24450-CMB |
| **Debtor.** | Chapter 11 |
| **THE BLACKWELL LAW FIRM,** | Document No |
| **Movant,** | |
| vs. | |
| **MANOMAY, LLC,** | |
| **Respondent.** | |

### MOTION TO WITHDRAW APPEARANCE

**AND NOW** comes the Blackwell Law Firm, Special Counsel for the Debtor, and file the following **MOTION TO WITHDRAW APPEARANCE:**

1. The Movant is the Blackwell Law Firm, Special Counsel for the Debtor.

2. This case was commenced on November 14, 2019.

3. On December 17, 2019, Debtor filed an Application for Approval of Attorneys regarding Movant's engagement as Special Counsel for the Debtor, which Application was granted by Order of Court on January 27, 2020.

4. Due to irreconcilable differences which have arisen between the Movant and the Debtor, there has been a complete breakdown in communications between them, thus preventing the Movant from effectively representing the Debtor.

5. The Movant believes that it will be in the best interests of this Estate, as well as all parties-in-interest, if Counsel is allowed to withdraw its appearance in this matter.

6       The Movant informed the Debtor that it was going to file the within Motion. While the Debtor has not yet responded, the Movant anticipates that the Debtor will consent to Movant's withdrawal and thus the Movant will supplement the within Motion if and when it hears from the Debtor.

**WHEREFORE**, the Movants respectfully request that this Honorable Court enter an Order which withdraws the Movants' appearance as Special Counsel for the Debtor and provides the Debtor with sufficient time to obtain new Special Counsel.

Respectfully Submitted,

Date: February 20, 2020

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #32706
DAVID L. FUCHS
PA I.D. #319213
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **MANOMAY, LLC,** | Bankruptcy No. 19-24450-CMB |
| **Debtor.** | Chapter 11 |
| **THE BLACKWELL LAW FIRM,** | Document No |
| **Movant,** | |
| vs. | |
| **MANOMAY, LLC,** | |
| **Respondent.** | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 20th day of February, 2020, I served a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE** upon the following *(via Electronic Service and/or First-Class U.S. Mail)*:

| | |
|---|---|
| Office of the U.S. Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | Manomay, LLC<br>c/o Gino Ricelli<br>130 Seventh St Suite 102<br>Pittsburgh, PA 15222<br>ginoriccelli@hotmail.com |
| Dennis Blackwell<br>223 Fourth Avenue, 9th Floor<br>Pittsburgh, PA 15222<br>db@theblackwelllawfirm.com | Edward F. Voelker, Jr.<br>Adam Petrun<br>Voelker & Associates, P.C.<br>3960 Route 8, Suite 200<br>Allison Park, PA 15101-3603<br>*edward.voelker@voelkerlaw.com*<br>adam.petrun@voelkerlaw.com |

Date:  <u>February 20, 2020</u>                              <u>*/s/ Robert O Lampl*</u>
                                                            ROBERT O LAMPL
                                                            PA I.D. #19809
JOHN P. LACHER
PA I.D. #32706
DAVID L. FUCHS
PA I.D. #319213
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com