**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MANOMAY, LLC,    Bankruptcy No. 19-24450-CMB

    Debtor.    Chapter 11

ROBERT O LAMPL,    Document No
JOHN P. LACHER, DAVID L. FUCHS,
RYAN J. COONEY AND SY O. LAMPL,

    Movants,
vs.

MANOMAY, LLC,

    Respondent.

**MOTION TO WITHDRAW APPEARANCE**

**AND NOW** come Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, Counsel for the Debtor, and file the following **MOTION TO WITHDRAW APPEARANCE:**

1.    The Movants are Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, Counsel for the Debtor.

2.    This case was commenced on November 14, 2019.

3.    On November 15, 2019, Robert O Lampl Law Office filed its Application for Approval of Attorneys which Application was granted by Order of Court on December 10, 2019.

4.    Due to irreconcilable differences which have arisen between the Movants and the Debtor, there has been a complete breakdown in communications between them, thus preventing the Movants from effectively representing the Debtor.

5.     The Movants believe that it will be in the best interests of this Estate, as well as all parties-in-interest, if Counsel is allowed to withdraw their appearance in this matter.

6      The Movants informed the Debtor that they were going to file the within Motion. While the Debtor has not yet responded, the Movants anticipate that the Debtor will consent to Movants' withdrawal and thus the Movants will supplement the within Motion if and when they hear from the Debtor.

7.     Counsel also requests that all deadlines be stayed for sixty (60) days to allow Debtor time to obtain replacement Counsel

**WHEREFORE**, the Movants respectfully request that this Honorable Court enter an Order which withdraws the Movants' appearance as Counsel for the Debtor and provides the Debtor with sufficient time to obtain new Counsel.

Respectfully Submitted,

Date: February 20, 2020

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #32706
DAVID L. FUCHS
PA I.D. #319213
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**MANOMAY, LLC,**                                  Bankruptcy No. 19-24450-CMB

       **Debtor.**                                     Chapter 11

**ROBERT O LAMPL,**                                Document No
**JOHN P. LACHER, DAVID L. FUCHS,**
**RYAN J. COONEY AND SY O. LAMPL,**

       **Movants,**
vs.

**MANOMAY, LLC,**

       **Respondent.**

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 20th day of February, 2020, I served a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE** upon the following *(via Electronic Service and/or First-Class U.S. Mail)*:

| | |
|---|---|
| Office of the U.S. Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | Manomay, LLC<br>c/o Gino Ricelli<br>130 Seventh St Suite 102<br>Pittsburgh, PA 15222<br>ginoriccelli@hotmail.com |
| Dennis Blackwell<br>223 Fourth Avenue, 9th Floor<br>Pittsburgh, PA 15222<br>db@theblackwelllawfirm.com | Edward F. Voelker, Jr.<br>Adam Petrun<br>Voelker & Associates, P.C.<br>3960 Route 8, Suite 200<br>Allison Park, PA 15101-3603<br>edward.voelker@voelkerlaw.com<br>adam.petrun@voelkerlaw.com |

Date:  <u>February 20, 2020</u>                                    */s/ Robert O Lampl*   
                                                                                  ROBERT O LAMPL  
                                                                                   PA I.D. #19809  
                                                                                   JOHN P. LACHER  
                                                                                   PA I.D. #32706  
                                                                                   DAVID L. FUCHS  
                                                                                   PA I.D. #319213  
                                                                                   RYAN J. COONEY  
                                                                                   PA I.D. #319213  
                                                                                   SY O. LAMPL  
                                                                                   PA I.D. #324741  
                                                                                   Counsel for the Debtor  
                                                                                   223 Fourth Avenue, 4th Fl.  
                                                                                   Pittsburgh, PA 15222  
                                                                                   (412) 392-0330 (phone)  
                                                                                   (412) 392-0335 (facsimile)  
                                                                                   Email:  rlampl@lampllaw.com