# PROCEEDING MEMO

**Date: 04/14/2020 01:30 pm**

**In re:    Manomay, LLC**

**Bankruptcy No. 19-24450-CMB**
**Chapter: 11** (Small Business)
**Doc. # 89**

**Telephonic Appearances:**
**John Lacher, Esq.; Sy Lampl, Esq; Edward Voelker, Esq.; Adam Petrun, Esq.**

**Nature of Proceeding: #89 Status Conference re**
  **Motion for Relief from Stay of Trek Development Group Inc.**

**Additional Pleadings: #92 Amended Notice of Hearing**
  **#93 Certificate of Service**
  **#106 Proceeding Memo dated 3/10/2020**
  **#111 Order dated 3/12/2020**
  **#120 Debtor's Response**

**Judge's Notes:**
 - Motion to Dismiss and Motion for Relief from Stay proceeding together to evidentiary hearing on June 23rd.
 - Attorney Voelker prepared requests for production and motion to compel filing of operating statements and provided to Debtor as would like documents in hand before depositions. Parties are cooperating. May be able to work out conducting remote depositions.
 - Regarding directive to produce checks and explain operating reports, Debtor to amend if necessary for clarification or file supplement to address certain items - specifically significant items that appear to be personal rather than business expenses. Amended MOR or supplement providing clarification to be filed in 14 days. To the extent all items are not fully addressed, may be addressed further at depositions.
 - Outstanding MOR to be filed.
 - Counsel directed to have a telephonic meeting every 2 weeks starting this Friday until back before the Court again to attempt to resolve and narrow issues.

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
4/14/20 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA